# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 97-81336 |
| TIMOTHY HUDSON ) | USM No: 24009-039 |
| ) | DAVE THOLEN |
| Date of Previous Judgment: 9/13/1999 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __120 MONTHS__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __33__          Amended Offense Level: __31__
Criminal History Category: __I__         Criminal History Category: __I__
Previous Guideline Range: __135__ to __168__ months    Amended Guideline Range: __120__ to __135__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
   Defendant's conditions of supervised release should be modified to include 90 days placement at a Residential Re-Entry Center upon his immediate release from imprisonment.

Except as provided above, all provisions of the judgment dated __9/13/1999__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  April 2, 2008          s/Paul D. Borman
                                    Judge's signature

Effective Date: _____        Paul D. Borman, U.S. District Judge
   (if different from order date)    Printed name and title